# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FRANK BROOKS, JR.

NO. 2019 KW 0660

**AUG 0 5 2019**

---

In Re: Frank Brooks, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-16-0343.

---

**BEFORE:** **McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** This court is a court of review, and relator has not pointed to any specific ruling of the district court for this court to consider and relator has not requested mandamus relief for the district court's failure to act. If relator intends to seek review of the district court's ruling denying his motion to quash, he should specifically request that relief, provide a copy of that ruling, and identify how he believes the district court erred.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT